# REQUEST FOR SERVICE

Date: 3-19-08　　　　　　　Person taking call: EB

Client Name: Shiela Tipton

Address: 3501 Blevens Gap Road　　City: Lewisville

Contact Person: Shiela　　　　　Phone: (502) 933-7268

Secondary Contact: _____　Phone: (___) _____

Best Time to Call: _____ Best Day to Call or Come: _____

Primary Insurance: _____

Secondary Insurance: _____

Description of Problems/Service: Shiela says w/c does not move the way she wants to go

RTS: Ed Brown　　　　Date Returned Call: 3-19-08

Assigned To: _____　Date: _____

Technician: _____　Call to schedule: _____

Scheduled Date/Time for Repairs/Service: _____

Additional Notes: Invacare is sending a replacement joystick control

Equipment Type/Model: TDX 3 w/Tilt

Serial #: 08BE002266　　Seat Width: _____

Revised: 6/5/02 pdb

Hawkins v. Invacare00040