Nov. 1 2007 12:54PM                                                                 No. 0165   P. 2

# REQUEST FOR SERVICE

Date: 3/28/08                          Person taking call: MK

Client Name: Shiela Tipton

Address: 3501 Blevens Gap Rd   City: Lou

Contact Person: _____  Phone: (   ) 933-7268

Secondary Contact: _____  Phone: (   )

Best Time to Call: _____ Best Day to Call or Come: _____

Primary Insurance:

Secondary Insurance:

Description of Problems/Service: Went to PT's home PT was engaging mode switch @ the same time as trying to drive wheelchair we repositioned mode switch

RTS: _____ Date Returned Call: _____

Assigned To: _____ Date: _____

Technician: _____ Call to schedule: _____

Scheduled Date/Time for Repairs/Service:

Additional Notes:

Equipment Type/Model: TDX3 w/ TILT

Serial #: 08BE002266        Seat Width:

Revised: 6/5/02 pdb

Hawkins v. Invacare00039