Hawkins, Opal

Chair belongs to Sheila Tipton/Daughter.

08BE002266
TDX3

07/21/08-Spoke to Ed at the dealers. He stated that when user originally received the w/c she was stating that the chair would change to tilt mode on its own. IVC swapped out the joystick and when the dealer put the replacement j/s on he found that the user was inadvertently hitting the egg switch changing modes causing the error.

Joystick replaced on order/RA 856944184.

Called and LM for atty.

07/22/08-Spoke to Atty. He believes that the mother has a bad knee due to this event. He stated that the mother backed the chair onto the truck lift, raised the lift, and then attempted to move the chair back into the bed of the truck when the chair allegedly went forwards instead of backwards. Attorney had mother demonstrate what had happened it occurred again in the attorney's office.

Advised attorney that we will have to have the chair returned. He stated that she needs her old chair repaired before she can release this chair. I advised that I need to know what kind of chair and what is wrong with it prior to agreeing to any repairs since I do not know if it is an IVC chair.

We went through some scenarios that possibly could be causing this. He is waiting on the meds from the user's mother. He will contact me once he has everything.

At this time, the attorney is willing to work with IVC.


RECEIVED JUL 28 2008 By____

Hawkins v. Invacare00027