UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:09-CV-853-S
*Electronically Filed*

OPAL HAWKINS                                                                                   PLAINTIFFS

and

SHEILA TIPTON

v.                              **STIPULATION AND
                            AGREED ORDER OF DISMISSAL**

INVACARE CORPORATION                                                                       DEFENDANT

Plaintiffs, Opal Hawkins and Sheila Tipton, and Defendant, Invacare Corporation, stipulate (as indicated by the signature of their respective attorneys below), and the Court being otherwise sufficiently advised,

It is HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. That all claims by Plaintiffs and against Invacare Corporation are hereby dismissed in their entirety and with prejudice, with each party to bear its own costs; and

2. That the Clerk shall electronically distribute a copy of this Order to the Counsel listed below upon entry hereof.

February 16, 2012

*[signature]*

**Charles R. Simpson III, Judge
United States District Court**

HAVE SEEN AND AGREED:


/s/ Lynsie T. Gaddis
D. Craig York
Lynsie T. Gaddis
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
*Counsel for Defendant*


/s/ Donald H. Smith (filed by Lynsie T. Gaddis with permission)
Donald H. Smith
11603 Shelbyville Road
Unit 12
Louisville, KY  40243
*Counsel for Plaintiff*